# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RON DAVIS**                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:24-cv-00933 KGB**

**ROBERT F. KENNEDY, JR.,**
**Secretary, US Department of**
**Health and Human Services**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date it is considered, ordered, and adjudged that plaintiff Ron Davis's complaint is dismissed without prejudice (Dkt. No. 1). The relief requested is denied.

So adjudged this 20th day of August, 2025.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge